**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                                                           CASE NO. 3:97cr49/LAC

ENRIQUE CHAVEZ-GALVAN
_____/

## ORDER

THIS MATTER comes before the Court upon an "affidavit" filed by Defendant, Enrique Chavez-Galvan. The document (doc.158) has no title, but the first paragraph reads:

> Affidavit of conditional acceptance of respondents' that the United States District Court is an Article I and Article IV court for DC only, and the executive, legislative and judicial branch's of government are guilty of "treason" et al., and attached exhibits as "estoppelled by latches" and for specific value" by a totally secured man or woman under U.C.C. et al.

This document makes no sense whatsoever in the context of this case. To the extent Defendant intended the document to be a motion requesting some relief from the Court, the motion is denied.

SO ORDERED this 18th day of July, 2006.

                                                          s/*L.A. Collier*
                                                          LACEY A. COLLIER
                                                          Senior United States District Judge