## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                           CASE NO.  3:97cr49LAC

ENRIQUE CHAVEZ-GALVAN

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on  August 15, 2006

Motion/Pleadings  AFFIDAVIT OF CONDITIONAL ACCEPTANCE OF RESPONDENTS' THAT THE UNITED STATES DISTRICT COURT IS AN ARTICLE I AND IV COURT FOR DC ONLY, ETC.

Filed by DEFENDANT PRO SE  on 7/27/2006  Doc.# 160

RESPONSES:

                                                  on                           Doc.#

                                                  on                           Doc.#

____ Stipulated  ____ Joint Pldg.

____ Unopposed  ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                       Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 15th day of August, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b) See Doc. 159.*

                                                          *s/L.A. Collier*

                                                        *LACEY A. COLLIER*
                                           *Senior United States District Judge*

Entered On Docket: _____  By: __

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: _____

Document No.