# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                           Case No.3:97cr49LAC

ENRIQUE CHAVEZ-GALVAN

_____

## ORDER

Your document, **AFFIDAVIT OF CONDITIONAL ACCEPTANCE**, was referred to the undersigned with the following deficiencies:

> The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For these reasons, IT IS ORDERED that:

> The document shall be returned without filing.

DONE and ORDERED this 5th day of September, 2006.

s/*L.A. Collier*
_____
LACEY A. COLLIER
SENIOR UNITED STATES  DISTRICT JUDGE