# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

 VS              CASE NO.  3:97cr49 LAC

ENRIQUE GALVAN CHAVEZ

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  MAY 16, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by DEFENDANT PRO SE on 5/16/08 Doc.# 164

RESPONSES:

          on    Doc.#
          on    Doc.#

____ Stipulated ____ Joint Pldg.
____ Unopposed ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)  Deputy Clerk: Mary Maloy

## ORDER

*Upon consideration of the foregoing, it is ORDERED this 3rd day of July, 2008, that:*

*(a) The relief requested is* ***DENIED.***

*(b) The defendant was sentenced to a mandatory minimum term of imprisonment of 240 months. Therefore, the Court does not have the authority pursuant to 18 U.S.C. §3553 to reduce the defendant's sentence below this term.*

              s/*L.A. Collier*
              ***LACEY A. COLLIER***
            ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.